

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-19-00149-CV

**EX PARTE RUBEN RIOS**,

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-W-0521
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on March 14, 2019. The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court